```
 1  JEFFREY S. BUCHOLTZ
    Acting Assistant Attorney General
 2  SCOTT N. SCHOOLS
    United States Attorney
 3  R. MICHAEL UNDERHILL
    Attorney in Charge
 4  West Coast Office
    JEANNE M. FRANKEN
 5  Trial Attorney
    U.S. Department of Justice
 6  Torts Branch, Civil Division
    450 Golden Gate Avenue, Room 7-5395
 7  P.O. Box 36028
    San Francisco, California  94102-3463
 8  Telephone: (415) 436-6644
    Telefax: (415) 436-6632
 9  E-mail: jeanne.franken@usdoj.gov    E-filing

10  Of Counsel:
    PATRICIA E. BYRNE
11  Attorney Adviser
    Office of Chief Counsel
12  Maritime Administration
    U.S. Department of Transportation
13  400 Seventh Street, SW, Room 7313
    Washington, D.C.  20530
14  Telephone: (202) 366-5172

15  Attorneys for Plaintiff
    United States of America
16
                    UNITED STATES DISTRICT COURT
17
                   NORTHERN DISTRICT OF CALIFORNIA
18
    UNITED STATES OF AMERICA,        )  Civil No.:  6162
19                                   )
              Plaintiff,             )  AT LAW AND IN ADMIRALTY    BZ
20                                   )
         v.                          )
21                                   )
    Tackle, apparel, furnishings, spares, tools, ) NOTICE OF REQUEST FOR
22  equipment and certain other appurtenances of ) REVIEW IN ACCORDANCE
    the SS INDEPENDENCE (O.N. 261147), ) WITH F.R.CIV.P. SUPP. C, AND
23  in rem,                          )  APPLICATION FOR ORDER
                                     )  FOR ISSUANCE OF
24            Defendant.             )  WARRANT OF ARREST
                                     )
25  _____)

26      Plaintiff, the United States of America, pursuant to Supplemental Rule C(3)(a)(i) of

27  the Federal Rules of Civil Procedure and Local Admiralty Rule 3-1 (a),(d) and (e), hereby

28  APPLICATION FOR WARRANT              1
```

1  applies for a review by the Court of its Complaint, filed contemporaneously with this
2  application; for a finding based thereon that the conditions for an action in rem appear to
3  exist; and for an order directing the Clerk to issue to the United States Marshal a warrant for
4  the arrest of the defendant tackle, apparel, furnishings, spares, tools, equipment and certain
5  other appurtenances of the SS INDEPENDENCE (O.N. 261147), in rem, in the form
6  attached to the proposed Order herein. Pursuant to Local Admiralty Rule 4-2 and Local Rule
7  77-4(c), plaintiff further proposes that publication of a notice of arrest and filing of the
8  action, in the form submitted herewith, be published once in any one of the designated
9  newspapers of general circulation specified for this District.
10         This application is based upon the verified complaint with exhibits attached thereto,
11 the pleadings, supporting papers, proposed order, proposed warrant, Declaration of Jeanne
12 M. Franken submitted herewith, and the complete file of the Court.
13 PRESENTED BY:
14 DATED: 12/5/07                    JEFFREY S. BUCHOLTZ
                                     Acting Assistant Attorney General
15                                   SCOTT N. SCHOOLS
                                     United States Attorney
16                                   R. MICHAEL UNDERHILL
                                     Attorney in Charge
17                                   West Coast Office

18
                                     _____
19                                   JEANNE M. FRANKEN
                                     Trial Attorney
20                                   U.S. Department of Justice
                                     Torts Branch, Civil Division
21
                                     OF COUNSEL:
22                                   PATRICIA E. BYRNE
                                     Maritime Administration
23                                   U.S. Department of Transportation

24                                   Attorneys for Plaintiff
                                     United States of America
25

26

27

28 APPLICATION FOR WARRANT                     2