JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General
SCOTT N. SCHOOLS
United States Attorney
R. MICHAEL UNDERHILL
Attorney in Charge
West Coast Office
JEANNE M. FRANKEN
Trial Attorney
U.S. Department of Justice
Torts Branch, Civil Division
450 Golden Gate Avenue, Room 7-5395
P.O. Box 36028
San Francisco, California 94102-3463
Telephone: (415) 436-6644
Telefax: (415) 436-6632
E-mail: jeanne.franken@usdoj.gov

Of Counsel:
PATRICIA E. BYRNE
Attorney Adviser
Office of Chief Counsel
Maritime Administration
U.S. Department of Transportation
400 Seventh Street, SW, Room 7313
Washington, D.C. 20530
Telephone: (202) 366-5172

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Civil No.: CV 07 6162 BZ |
| Plaintiff, | AT LAW AND IN ADMIRALTY |
| v. | |
| Tackle, apparel, furnishings, spares, tools, equipment and certain other appurtenances of the SS INDEPENDENCE (O.N. 261147), in rem, | DECLARATION OF JEANNE M. FRANKEN IN SUPPORT OF APPLICATION FOR ISSUANCE OF ORDER FOR WARRANT OF ARREST |
| Defendant. | |

I, Jeanne M. Franken, hereby declare as follows:

1.   I am a trial attorney in the Department of Justice, Civil Division, and one of the

DECLARATION OF JEANNE M. FRANKEN            1

1  attorneys for the United States in this matter. I make this declaration based upon personal
2  knowledge or upon information officially furnished to me.

3      2.    With respect to the application of the United States for an order pursuant to
4  Supplemental Admiralty Rule C(3) of the Federal Rules of Civil Procedure and Local
5  Admiralty Rule 3-1 for the issuance of a warrant of maritime arrest, I state as follows:

6      a.    The United States has filed a verified complaint herein for the
7  foreclosure of a first preferred ship mortgage (the "mortgage") on the named defendant *res*,
8  i.e., certain of the tackle, apparel, furnishings, spares, tools, equipment and other
9  appurtenances of the SS INDEPENDENCE (O.N. 261147), in rem. The mortgage falls
10 within the scope of 46 U.S.C. §31301, et seq. As described more fully in the complaint, the
11 mortgage secured amounts due the United States by Great Independence Ship Co., which at
12 times material hereto was the sole owner of the vessel (the "shipowner").

13     b.    The shipowner failed to make payments required by the relevant
14 mortgage and security agreement, thereby committing a default under the mortgage.
15 Pursuant to 46 U.S.C. §31325, the lien of the mortgage may be enforced by the United States
16 by actions in rem in admiralty. Furthermore, 46 U.S.C. §31325(c), vests original and
17 exclusive jurisdiction of all such suits in the District Courts of the United States.

18     c.    The shipowner filed for bankruptcy protection, but relief was obtained
19 from the bankruptcy court to proceed against the vessel in rem, and anything appurtenant to
20 the ship. The vessel then was taken to the United States Maritime Administration's Reserve
21 Fleet in Suisun Bay, California, which is located in the Eastern District of California. Some
22 items from the ship's gift shop had been removed for safekeeping to a United States
23 Maritime Administration warehouse in Alameda, California and some of which to a United
24 States Maritime Administration safe in San Francisco, California, both in the Northern
25 District of California and, thus, outside the Eastern District of California which had in rem
26 jurisdiction of the vessel *res*.

27     d.    The United States then filed an action in the Eastern District of

28 DECLARATION OF JEANNE M. FRANKEN    2

California to foreclose on its aforesaid mortgage against the SS INDEPENDENCE itself, which, as stated, was located in Suisun and within the jurisdiction of the Eastern District.

      e.    The Vessel was subsequently arrested where it was located in the Eastern District, sold by the Marshal, and the sale confirmed. The sale proceeds were applied to the debt owing to the United States, upon which an outstanding deficiency remains, as stated in the accounting attached to the complaint filed herein.

      f.    During the pendency of the aforesaid action in the Eastern District of California, the aforesaid appurtenances of the vessel from its gift shop were maintained within the jurisdiction of the Northern District of California by the United States Maritime Administration at its said facilities in Alameda and San Francisco. Those items are the named defendant *res* herein. Arrest and sale of the latter *res* will finally conclude litigation involving the SS INDEPENDENCE, and its appurtenances, etc.

I verify under penalty of perjury, in accordance with 28 U.S.C. § 1746, that the foregoing is true and correct.

Executed this 5th day of December 2007.

_____
JEANNE M. FRANKEN

DECLARATION OF JEANNE M. FRANKEN           3