# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CA   94102

## RICHARD W. WIEKING
Clerk of the Court

(415) 522-2015

January 3, 2008

To:

**Jeanne M. Franken**
U.S. Depart of Justice
Torts Branch, Civil Division
450 Golden Gate Ave., Room 7-5395
P.O. Box 36028
San Francisco, CA 94102

**Patricia E. Byrne**
Office of Chief Counsel
Maritime Administration
U.S. Department of Transportation
400 Seventh Street, SW, Room 7313
Washington, DC 20530

Re: USA v. Tackel, Apparrel, Furnishings, et al. - C07-6162 BZ

Dear Counsel:

At filing, this matter was randomly assigned to United States Magistrate Judge Bernard Zimmerman.  A hearing has since been scheduled for March 31, 2008 at 4:00 p.m. To allow the hearing to proceed as scheduled, pursuant to U.S.C. 28 §636©, each party must consent to, or decline to proceed before, Judge Zimmerman.  We have no record of your decision.

At  **www.cand.uscourts.gov**  you will find a form to complete if you consent to proceed before Judge Zimmerman and a form to complete if you decline.  A party is free to withhold consent without adverse consequences.  Please complete and electronically file the appropriate form within five days.

Sincerely,

Richard W. Wieking, Clerk
United States District Court

By:     /s/ Lashanda Scott
        Lashanda Scott
        Courtroom Deputy

N:\FORMS\CONSENTEFILE.LTR.wpd