1  JEFFREY S. BUCHOLTZ
   Acting Assistant Attorney General
2  SCOTT N. SCHOOLS
   United States Attorney
3  R. MICHAEL UNDERHILL
   Attorney in Charge
4  West Coast Office
   JEANNE M. FRANKEN
5  Trial Attorney
   U.S. Department of Justice
6  Torts Branch, Civil Division
   450 Golden Gate Avenue, Room 7-5395
7  P.O. Box 36028
   San Francisco, California 94102-3463
8  Telephone: (415) 436-6644
   Telefax: (415) 436-6632
9  E-mail: jeanne.franken@usdoj.gov

10 Of Counsel:
   PATRICIA E. BYRNE
11 Attorney Adviser
   Office of Chief Counsel
12 Maritime Administration
   U.S. Department of Transportation
13 400 Seventh Street, SW, Room 7313
   Washington, D.C. 20530
14 Telephone: (202) 366-5172

15 Attorneys for Plaintiff
   United States of America

16
                    UNITED STATES DISTRICT COURT
17
                    NORTHERN DISTRICT OF CALIFORNIA
18
   UNITED STATES OF AMERICA,              ) Civil No.:
19                                         )
              Plaintiff,                   ) AT LAW AND IN ADMIRALTY
20                                         )
         v.                                )    (Proposed)
21                                         )
   Tackle, apparel, furnishings, spares, tools, ) ORDER FOR ISSUANCE OF A
22 equipment and certain other appurtenances of ) WARRANT OF ARREST
   the SS INDEPENDENCE (O.N. 261147),      )
23 in rem,                                 )
                                           )
24            Defendant.                   )
                                           )
25

26       Upon reading the verified complaint and supporting exhibits filed therewith, and the

27 United States' Application for Issuance of Warrant of Maritime Arrest and supporting

28 ORDER FOR ISSUANCE OF WARRANT OF ARREST    1

declarations, and the Court finding that the conditions for an action, in rem, under Supplemental Admiralty Rule C of the Federal Rules of Civil Procedure and Local Admiralty Rule 3-1(a) and (d) appear to exist, it is

ORDERED that the Clerk shall issue a warrant of maritime arrest as prayed for in the complaint; and it is further

ORDERED that a copy of this order be attached to and served with the said warrant of maritime arrest and also served upon the shipowner debtor's counsel of record in its bankruptcy action; and it is further

ORDERED that any person claiming a right of possession or any ownership interest in the tackle, apparel, furnishings, spares, tools, equipment and certain other appurtenances of the SS INDEPENDENCE (O.N. 261147), in rem, (hereinafter the "vessel's appurtenances, etc."), arrested pursuant to this order, with the exception of the shipowner debtor which filed for bankruptcy protection, shall, in accordance with Supplemental Admiralty Rule C(6) of the Federal Rules of Civil Procedure, file a verified statement of right or interest with the Clerk of the Court and an answer, and shall, upon application to the Court, be entitled to a prompt hearing at which the plaintiff shall be required to show why the arrest should not be vacated or other relief granted; and it is further

ORDERED, that pursuant to 46 U.S.C. Sec. 31325, notice be given to any person who had duly recorded a notice of claim of an undischarged lien upon the SS INDEPENDENCE and its appurtenances by delivering to such person or mailing by certified mail return receipt requested to the last known address of such person, a copy of the complaint and the warrant of arrest issued by the Court herein; and it is further

///
///
///
///
///

ORDER FOR ISSUANCE OF WARRANT OF ARREST        2

ORDERED that maritime lienors or other persons making a claim against the Vessel's appurtenances, etc., in accordance with Supplemental Admiralty Rule C of the Federal Rules of Civil Procedure, must file applications for intervention within thirty (30) days after publication of the Notice of Arrest and Filing of Action; and it is further

ORDERED that a copy of this order be attached to and served with the said Warrant.

IT IS SO ORDERED this ___ day of _January_ 200_.

UNITED STATES DISTRICT JUDGE
Magistrate

PRESENTED BY:
DATED: 12/5/07

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General
SCOTT N. SCHOOLS
United States Attorney
R. MICHAEL UNDERHILL
Attorney in Charge
West Coast Office

JEANNE M. FRANKEN
Trial Attorney
U.S. Department of Justice
Torts Branch, Civil Division

OF COUNSEL:
PATRICIA E. BYRNE
Maritime Administration
U.S. Department of Transportation

Attorneys for Plaintiff
United States of America

ORDER FOR ISSUANCE OF WARRANT OF ARREST     3