JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General
SCOTT N. SCHOOLS
United States Attorney
R. MICHAEL UNDERHILL
Attorney in Charge
West Coast Office
JEANNE M. FRANKEN
Trial Attorney
U.S. Department of Justice
Torts Branch, Civil Division
450 Golden Gate Avenue, Room 7-5395
P.O. Box 36028
San Francisco, California 94102-3463
Telephone: (415) 436-6644
Telefax: (415) 436-6632
E-mail: jeanne.franken@usdoj.gov

Of Counsel:
PATRICIA E. BYRNE
Attorney Adviser
Office of Chief Counsel
Maritime Administration
U.S. Department of Transportation
400 Seventh Street, SW, Room 7313
Washington, D.C. 20530
Telephone: (202) 366-5172

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Civil No.: CV07-6162 BZ |
| Plaintiff, | ) AT LAW AND IN ADMIRALTY |
| v. | ) |
| Tackle, apparel, furnishings, spares, tools, equipment and certain other appurtenances of the SS INDEPENDENCE (O.N. 261147), in rem, | ) CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE |
| Defendant. | ) |

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party hereby voluntarily consents to have a United States Magistrate Judge conduct any and

CONSENT TO PROCEED BEFORE A
UNITED STATES MAGISTRATE JUDGE                1                                Case No. CV07-6162 BZ

1  all further proceedings in the case, including trial, and order the entry of a final judgment.
2  Appeal from the judgment shall be taken directly to the United States Court of Appeals for
3  the Ninth Circuit.

4  Dated: January 7, 2008         JEFFREY S. BUCHOLTZ
                                  Acting Assistant Attorney General
5                                 SCOTT N. SCHOOLS
                                  United States Attorney
6                                 R. MICHAEL UNDERHILL
                                  Attorney in Charge
7                                 West Coast Office

8                                 s/Jeanne M. Franken
                                  _____
9                                 JEANNE M. FRANKEN
                                  Trial Attorney
10                                U.S. Department of Justice
                                  Torts Branch, Civil Division
11
                                  OF COUNSEL:
12                                PATRICIA E. BYRNE
                                  Maritime Administration
13                                U.S. Department of Transportation

14                                Attorneys for Plaintiff
                                  United States of America

28  CONSENT TO PROCEED BEFORE A
    UNITED STATES MAGISTRATE JUDGE         2                Case No. CV07-6162 BZ