```
 1  JEFFREY S. BUCHOLTZ
    Acting Assistant Attorney General
 2  SCOTT N. SCHOOLS
    United States Attorney
 3  R. MICHAEL UNDERHILL
    Attorney in Charge
 4  West Coast Office
    JEANNE M. FRANKEN
 5  Trial Attorney
    U.S. Department of Justice
 6  Torts Branch, Civil Division
    450 Golden Gate Avenue, Room 7-5395
 7  P.O. Box 36028
    San Francisco, California 94102-3463
 8  Telephone: (415) 436-6644
    Telefax: (415) 436-6632
 9  E-mail: jeanne.franken@usdoj.gov

10  Of Counsel:
    PATRICIA E. BYRNE
11  Attorney Adviser
    Office of Chief Counsel
12  Maritime Administration
    U.S. Department of Transportation
13  400 Seventh Street, SW, Room 7313
    Washington, D.C. 20530
14  Telephone: (202) 366-5172

15  Attorneys for Plaintiff
    United States of America
16
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                 Plaintiff,<br><br>        v.<br><br>Tackle, apparel, furnishings, spares, tools, equipment and certain other appurtenances of the SS INDEPENDENCE (O.N. 261147),<br>in rem,<br><br>                 Defendant. | Civil No.: CV07-6162 BZ<br><br>AT LAW AND IN ADMIRALTY<br><br>CERTIFICATE OF SERVICE |

    I HEREBY CERTIFY that on January _17_, 2008, I served by certified mail, return receipt requested, a copy of the Verified Complaint for Foreclosure of First Preferred Ship

CERTIFICATE OF SERVICE            1                Case No. CV07-6162 BZ

1  Mortgage Against Certain Appurtenances, Etc. Of the SS INDEPENDENCE, *in rem*, Civil
2  Cover Sheet, Notice of Request for Review in Accordance with F.R.Civ.P. Supp. C, and
3  Application for Order for Issuance of Warrant of Arrest, Declaration of Jeanne M. Franken
4  in support of Application for Issuance of Order for Warrant of Arrest, (Proposed) Order and
5  executed Order for Issuance of a Warrant of Arrest, Warrant of Arrest of Vessel with
6  Proposed Publication Notice, Order Setting Initial Case Management Conference and ADR
7  Deadlines, Notice of Assignment of Case to a United States Magistrate Judge for Trial,
8  Northern District of California District Court Guidelines, and ECF Registration Information
9  Handout, upon the following:

Francis A. Monaco, Jr., Esq.
Joseph J. Bodnar, Esq.
Walsh Monzack and Monaco, P.A.
1201 N. Orange Street, Suite 400
Wilmington, Delaware 19801

David S. Heller, Esq.
Josef S. Athanas, Esq.
Timothy A. Barnes
Latham & Watkins
Suite 5800 Sears Tower
233 South Wacker Drive
Chicago, Illinois 60606

Hopeman Brothers Marine Interiors LLC
435 Essex Avenue
Waynesboro, Virginia 22980

_____
BONNIE LI

CERTIFICATE OF SERVICE        2        Case No. CV07-6162 BZ