JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General
SCOTT N. SCHOOLS
United States Attorney
R. MICHAEL UNDERHILL
Attorney in Charge
West Coast Office
JEANNE M. FRANKEN
Trial Attorney
U.S. Department of Justice
Torts Branch, Civil Division
450 Golden Gate Avenue, Room 7-5395
P.O. Box 36028
San Francisco, California 94102-3463
Telephone: (415) 436-6644
Telefax: (415) 436-6632
E-mail: jeanne.franken@usdoj.gov

Of Counsel:
PATRICIA E. BYRNE
Attorney Adviser
Office of Chief Counsel
Maritime Administration
U.S. Department of Transportation
400 Seventh Street, SW, Room 7313
Washington, D.C. 20530
Telephone: (202) 366-5172

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Civil No.: CV07-6162 BZ |
| ) | |
| Plaintiff, ) | AT LAW AND IN ADMIRALTY |
| ) | |
| v. ) | |
| ) | |
| Tackle, apparel, furnishings, spares, tools, ) | ADR CERTIFICATION |
| equipment and certain other appurtenances of ) | |
| the SS INDEPENDENCE (O.N. 261147), ) | |
| in rem, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5(b) the undersigned certifies that she has:

ADR CERTIFICATION           1           Case No. CV07-6162 BZ

(1) Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov (*Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45*);

(2) Discussed the available dispute resolution options provided by the Court and private entities; and

(3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated: March 5, 2008

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General
SCOTT N. SCHOOLS
United States Attorney
R. MICHAEL UNDERHILL
Attorney in Charge
West Coast Office

s/Jeanne M. Franken
_____
JEANNE M. FRANKEN
Trial Attorney
U.S. Department of Justice
Torts Branch, Civil Division

OF COUNSEL:
PATRICIA E. BYRNE
Maritime Administration
U.S. Department of Transportation

Attorneys for Plaintiff
United States of America