1  JEFFREY S. BUCHOLTZ
   Acting Assistant Attorney General
2  SCOTT N. SCHOOLS
   United States Attorney
3  R. MICHAEL UNDERHILL
   Attorney in Charge
4  West Coast Office
   JEANNE M. FRANKEN
5  Trial Attorney
   U.S. Department of Justice
6  Torts Branch, Civil Division
   450 Golden Gate Avenue, Room 7-5395
7  P.O. Box 36028
   San Francisco, California  94102-3463
8  Telephone: (415) 436-6644
   Telefax: (415) 436-6632
9  E-mail: jeanne.franken@usdoj.gov

10 Of Counsel:
   PATRICIA E. BYRNE
11 Attorney Adviser
   Office of Chief Counsel
12 Maritime Administration
   U.S. Department of Transportation
13 400 Seventh Street, SW, Room 7313
   Washington, D.C.  20530
14 Telephone: (202) 366-5172

15 Attorneys for Plaintiff
   United States of America

16

                        UNITED STATES DISTRICT COURT

                       NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Civil No.: CV07-6162 BZ |
| | ) | |
| Plaintiff, | ) | AT LAW AND IN ADMIRALTY |
| | ) | |
| v. | ) | |
| | ) | |
| Tackle, apparel, furnishings, spares, tools, equipment and certain other appurtenances of the SS INDEPENDENCE (O.N. 261147), in rem, | ) ) ) ) | NOTICE OF NEED FOR ADR PHONE CONFERENCE |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

         Counsel report that they have met and conferred regarding ADR and that they:

         _____ have not yet reached an agreement to an ADR process

NOTICE OF NEED FOR ADR PHONE CONFERENCE          1          Case No. CV07-6162 BZ

1     \_\_\_\_\_ Request an Early Settlement Conference with a Magistrate Judge

2     Date of Case Management Conference March 31, 2008     .

3     The following counsel will participate in the ADR phone conference:

| Name, | Party Representing | Phone No. | E-Mail Address |
|---|---|---|---|
| Jeanne M. Franken | Plaintiff, United States of America | (415) 987-9615 | jeanne.franken@usdoj.gov |

(No other parties have appeared to date.)

*Civil Local Rule 16-8 and ADR Local Rule 3-5 require that lead trial counsel participate in a telephone conference with a member of the ADR Legal Staff before the Case Management Conference. The ADR Unit (adr@cand.uscourts.gov) will notify you of the date and time of your phone conference.*

Dated: March \_\_6\_\_, 2008

    JEFFREY S. BUCHOLTZ
    Acting Assistant Attorney General
    SCOTT N. SCHOOLS
    United States Attorney
    R. MICHAEL UNDERHILL
    Attorney in Charge
    West Coast Office

    s/Jeanne M. Franken
    _____
    JEANNE M. FRANKEN
    Trial Attorney
    U.S. Department of Justice
    Torts Branch, Civil Division

    OF COUNSEL:
    PATRICIA E. BYRNE
    Maritime Administration
    U.S. Department of Transportation

    Attorneys for Plaintiff
    United States of America