1  JEFFREY S. BUCHOLTZ
   Acting Assistant Attorney General
2  SCOTT N. SCHOOLS
   United States Attorney
3  R. MICHAEL UNDERHILL
   Attorney in Charge
4  West Coast Office
   JEANNE M. FRANKEN
5  Trial Attorney
   U.S. Department of Justice
6  Torts Branch, Civil Division
   450 Golden Gate Avenue, Room 7-5395
7  P.O. Box 36028
   San Francisco, California  94102-3463
8  Telephone: (415) 436-6644
   Telefax: (415) 436-6632
9  E-mail: jeanne.franken@usdoj.gov

10 Of Counsel:
   PATRICIA E. BYRNE
11 Attorney Adviser
   Office of Chief Counsel
12 Maritime Administration
   U.S. Department of Transportation
13 400 Seventh Street, SW, Room 7313
   Washington, D.C.  20530
14 Telephone: (202) 366-5172

15 Attorneys for Plaintiff
   United States of America

16
                        UNITED STATES DISTRICT COURT
17
                       NORTHERN DISTRICT OF CALIFORNIA
18
   UNITED STATES OF AMERICA,            ) Civil No.: CV07-6162 BZ
19                                      )
                  Plaintiff,            ) AT LAW AND IN ADMIRALTY
20                                      )
           v.                           ) NOTICE AND APPLICATION
21                                      ) FOR ORDER APPOINTING
   Tackle, apparel, furnishings, spares, tools, ) SUBSTITUTE CUSTODIAN
22 equipment and certain other appurtenances of )
   the SS INDEPENDENCE (O.N. 261147),   )
23 in rem,                              )
                                        )
24                Defendant.            )
   _____ )
25
          Plaintiff, United States of America, hereby applies to this Court for an Order directing
26

27
   NOTICE AND APPLICATION FOR
28 ORDER APPOINTING
   SUBSTITUTE CUSTODIAN                    1

1  the United States Marshal for this District to transfer custody of the above-named defendant
2  vessel tackle, appurtenances, etc., immediately after arrest to the custody of Henry D. Ryan,
3  Ship Operations and Maintenance Officer, Division of Pacific Operations, United States
4  Department of Transportation, Maritime Administration ("Marad").  Mr. Ryan has agreed
5  to act as substitute custodian for the aforesaid items in his official capacity and in lieu of the
6  United States Marshal while said items remain in custodia legis and until further order of this
7  Court, as more fully described in his Declaration which is being submitted in support of this
8  Application.

9        The aforesaid defendant vessel tackle, appurtenances, etc., have been held in a locked
10 safe at Marad's office in San Francisco, California, and in a secure warehouse in Alameda,
11 California, both of which are within this District and within the jurisdiction of this Court.
12 By appointing Mr. Ryan as substitute custodian, the items will be able to remain where they
13 have been held in safekeeping for several years and will not have to be moved.  The
14 requested appointment will also allow immediate turnover of the items to Marad by the
15 Marshal upon their arrest, thereby maintaining the same level of safekeeping as is currently
16 being provided to them.  Further, significant savings will result by avoiding the cost of
17 having a deputy watching the items.

18       Plaintiff United States further requests that the expenses of the United States Marshal,
19 the United States, and the substitute custodian in safekeeping and maintaining the defendant
20 vessel tackle, appurtenances, etc., in custodia legis be declared administrative expenses to
21 be paid prior to their release or the distribution of the proceeds of their sale, all in accordance
22 with the rule of <u>New York Dock Company</u> *v.* <u>Steamship Poznan, Inc.,et al.</u>, 274 U.S. 117
23 (1927).

24 ///
25 ///
26 ///
27
28 NOTICE AND APPLICATION FOR
   ORDER APPOINTING
   SUBSTITUTE CUSTODIAN      2

1     This Application is based upon the matters asserted herein, the Declaration submitted in support hereof, the proposed Order filed herewith, and the Court's official file on this matter.

PRESENTED BY:

DATED: March 7, 2008

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General
SCOTT N. SCHOOLS
United States Attorney
R. MICHAEL UNDERHILL
Attorney in Charge
West Coast Office

    /s/ Jeanne Franken
JEANNE M. FRANKEN
Trial Attorney
U.S. Department of Justice
Torts Branch, Civil Division

OF COUNSEL:
PATRICIA E. BYRNE
Maritime Administration
U.S. Department of Transportation

Attorneys for Plaintiff
United States of America

NOTICE AND APPLICATION FOR
ORDER APPOINTING
SUBSTITUTE CUSTODIAN     3