JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General
SCOTT N. SCHOOLS
United States Attorney
R. MICHAEL UNDERHILL
Attorney in Charge
West Coast Office
JEANNE M. FRANKEN
Trial Attorney
U.S. Department of Justice
Torts Branch, Civil Division
450 Golden Gate Avenue, Room 7-5395
P.O. Box 36028
San Francisco, California 94102-3463
Telephone: (415) 436-6644
Telefax: (415) 436-6632
E-mail: jeanne.franken@usdoj.gov

Of Counsel:
PATRICIA E. BYRNE
Attorney Adviser
Office of Chief Counsel
Maritime Administration
U.S. Department of Transportation
400 Seventh Street, SW, Room 7313
Washington, D.C. 20530
Telephone: (202) 366-5172

Attorneys for Plaintiff
United States of America

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Civil No.: CV07-6162 BZ |
|---|---|
| Plaintiff, | ) AT LAW AND IN ADMIRALTY |
| v. | ) |
| Tackle, apparel, furnishings, spares, tools, equipment and certain other appurtenances of the SS INDEPENDENCE (O.N. 261147), in rem, | ) DECLARATION OF HENRY D. RYAN IN SUPPORT OF PLAINTIFF'S APPLICATION FOR APPOINTMENT OF SUBSTITUTE CUSTODIAN |
| Defendant. | ) |

DECLARATION OF PROPOSED
SUBSTITUTE CUSTODIAN                    1

—                                              )

I, Henry D. Ryan, hereby declare as follows:

1. I am the Ship Operations and Maintenance Officer, Division of Pacific Operations, United States Department of Transportation, Maritime Administration ("Marad"), and in that capacity the proposed substitute custodian for the defendant vessel tackle, appurtenances, etc., in the above captioned case.

2. I am authorized on behalf of Marad to execute this declaration on its behalf.

3. My business address and telephone number are, respectively, 201 Misssion, Suite 1800, San Francisco, California, 94105, and (415)744-2577.

4. The defendant vessel tackle, appurtenances, etc., are currently located at the Marad warehouse in Alameda, California and in a safe in my office in San Francisco, California.

5. At the request of Marad, I have already been acting as custodian of the aforesaid items. I and my staff are experienced in the custodial duties attendant to acting as substitute custodian for these items.

6. As the proposed substitute custodian for the defendant vessel tackle, appurtenances,e tc., in lieu and in place of the United States Marshal for this District, and in my official capacity, I will provide custodian services for these items pursuant to the terms of the Order(s) of this Court pertaining to the provision of such services.

7. As the proposed substitute custodian and in my official capacity, I have available and will provide adequate facilities and supervision for the defendant vessel tackle, appurtenances, etc., during custodianship: take custody of the items from the United States Marshal; periodically inspect said items; and maintain said items where I and those authorized by me can keep them under surveillance and

DECLARATION OF PROPOSED
SUBSTITUTE CUSTODIAN                     2

prevent unauthorized persons from obtaining access to them.

8. The expenses for the aforesaid services are expected to be minimal, but are in addition to the cost of conducting an inventory of said items.

9. I have agreed to accept the substitute custodianship of the vessel in my official capacity in accordance with an Order of this Court appointing me substitute custodian.

10. I have agreed that during custodianship of the defendant vessel tackle, appurtenances, etc., I will not permit changes to or alterations in said items without an Order from the Court.

I verify under penalty of perjury, and in accordance with 28 U.S.C. § 1746, that the foregoing is true and correct.

Executed this 6th day of MARCH 2008.

/s/ Henry D. Ryan
Henry Ryan

PRESENTED BY:
Dated: March 7, 2008

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General
SCOTT N. SCHOOLS
United States Attorney
R. MICHAEL UNDERHILL
Attorney in Charge
West Coast Office

s/Jeanne M. Franken

JEANNE M. FRANKEN
Trial Attorney
U.S. Department of Justice
Torts Branch, Civil Division

DECLARATION OF PROPOSED
SUBSTITUTE CUSTODIAN                              3

Of Counsel:
PATRICIA E. BYRNE
Attorney Adviser
Office of Chief Counsel
Maritime Administration
U.S. Department of Transportation

Attorneys for Plaintiff
United States of America