JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General
SCOTT N. SCHOOLS
United States Attorney
R. MICHAEL UNDERHILL
Attorney in Charge
West Coast Office
JEANNE M. FRANKEN
Trial Attorney
U.S. Department of Justice
Torts Branch, Civil Division
450 Golden Gate Avenue, Room 7-5395
P.O. Box 36028
San Francisco, California 94102-3463
Telephone: (415) 436-6644
Telefax: (415) 436-6632
E-mail: jeanne.franken@usdoj.gov

Of Counsel:
PATRICIA E. BYRNE
Attorney Adviser
Office of Chief Counsel
Maritime Administration
U.S. Department of Transportation
400 Seventh Street, SW, Room 7313
Washington, D.C. 20530
Telephone: (202) 366-5172

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Civil No.: CV07-6162 BZ |
| Plaintiff, | AT LAW AND IN ADMIRALTY |
| v. | |
| Tackle, apparel, furnishings, spares, tools, equipment and certain other appurtenances of the SS INDEPENDENCE (O.N. 261147), in rem, | (Proposed) ORDER FOR APPOINTMENT OF SUBSTITUTE CUSTODIAN |
| Defendant. | |

Upon Application of plaintiff, United States of America, for an Order appointing a substitute custodian to act in lieu of the United States Marshal in this case, and good cause

ORDER FOR APPOINTMENT
OF SUBSTITUTE CUSTODIAN                    1                    Case No. CV07-6162 BZ

appearing therefore, it is

ORDERED that the plaintiff's Application be and hereby is granted; and it is further

ORDERED that Henry Ryan, Western Regional Director, United States Maritime Administration ("Marad"), be and hereby is appointed in that capacity to act as substitute custodian of the defendant vessel tackle, appurtenances, etc., in the above-captioned proceeding during *custodia legis* on behalf of this Court, in place and in stead of the United States Marshal, and until further order of this Court; and it is further

ORDERED that the United States Marshal for this District transfer the aforesaid defendant vessel tackle, appurtenances, etc., to the custody of the aforesaid substitute custodian, immediately following its arrest; and it is further

ORDERED that upon transfer of custody of the aforesaid defendant vessel tackle, appurtenances, etc., to the substitute custodian by the United States Marshal, the Marshal shall not be liable for any loss occurring while it remains in the custody of the substitute custodian; and it is further

ORDERED that all reasonable expenditures of the United States Marshal shall be administrative expenses in this action and a first charge on the defendant vessel tackle, appurtenances, etc., to be paid to the United States Marshal prior to the release of said items or distribution of the proceeds of their sale; and it is further

ORDERED that all reasonable expenditures which may be incurred by the United States of America and the aforesaid substitute custodian for safekeeping or maintaining the defendant vessel tackle, appurtenances, etc., while they are in *custodia legis*, shall be administrative expenses in this action and a first charge on said items, to be paid prior to their release or distribution of the proceeds of their sale, commencing this date, for the cost of security, routine maintenance and inspection; and it is further

ORDERED that the cost of performing a survey and inventory of the aforesaid items by Marad shall be an administrative expense in this action, and a first charge on the

defendant vessel tackle, appurtenances, etc., to be paid prior to the release of the aforesaid items or the distribution of the proceeds of their sale.

    IT IS SO ORDERED this _____ day of _____ 2008 in San Francisco, California.

_____
UNITED STATES DISTRICT JUDGE

PRESENTED BY:

Dated: March 7, 2008

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General
SCOTT N. SCHOOLS
United States Attorney
R. MICHAEL UNDERHILL
Attorney in Charge
West Coast Office

s/Jeanne M. Franken
_____
JEANNE M. FRANKEN
Trial Attorney
U.S. Department of Justice
Torts Branch, Civil Division

Of Counsel:
PATRICIA E. BYRNE
Attorney Adviser
Office of Chief Counsel
Maritime Administration
U.S. Department of Transportation

Attorneys for Plaintiff
United States of America