```
 1  JEFFREY S. BUCHOLTZ
    Acting Assistant Attorney General
 2  SCOTT N. SCHOOLS
    United States Attorney
 3  R. MICHAEL UNDERHILL
    Attorney in Charge
 4  West Coast Office
    JEANNE M. FRANKEN
 5  Trial Attorney
    U.S. Department of Justice
 6  Torts Branch, Civil Division
    450 Golden Gate Avenue, Room 7-5395
 7  P.O. Box 36028
    San Francisco, California  94102-3463
 8  Telephone: (415) 436-6644
    Telefax: (415) 436-6632
 9  E-mail: jeanne.franken@usdoj.gov

10  Of Counsel:
    PATRICIA E. BYRNE
11  Attorney Adviser
    Office of Chief Counsel
12  Maritime Administration
    U.S. Department of Transportation
13  400 Seventh Street, SW, Room 7313
    Washington, D.C.  20530
14  Telephone: (202) 366-5172

15  Attorneys for Plaintiff
    United States of America
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Civil No.: CV07-6162 BZ |
|---|---|
| Plaintiff, | ) AT LAW AND IN ADMIRALTY |
| v. | ) |
| Tackle, apparel, furnishings, spares, tools, equipment and certain other appurtenances of the SS INDEPENDENCE (O.N. 261147), in rem, | ) (Proposed) ORDER FOR APPOINTMENT OF SUBSTITUTE CUSTODIAN |
| Defendant. | ) |

Upon Application of plaintiff, United States of America, for an Order appointing a substitute custodian to act in lieu of the United States Marshal in this case, and good cause

ORDER FOR APPOINTMENT
OF SUBSTITUTE CUSTODIAN                    1                    Case No. CV07-6162 BZ

1 appearing therefore, it is

2     ORDERED that the plaintiff's Application be and hereby is granted; and it is further

3     ORDERED that Henry Ryan, Western Regional Director, United States Maritime Administration ("Marad"), be and hereby is appointed in that capacity to act as substitute custodian of the defendant vessel tackle, appurtenances, etc., in the above-captioned proceeding during *custodia legis* on behalf of this Court, in place and in stead of the United States Marshal, and until further order of this Court; and it is further

8     ORDERED that the United States Marshal for this District transfer the aforesaid defendant vessel tackle, appurtenances, etc., to the custody of the aforesaid substitute custodian, immediately following its arrest; and it is further

11    ORDERED that upon transfer of custody of the aforesaid defendant vessel tackle, appurtenances, etc., to the substitute custodian by the United States Marshal, the Marshal shall not be liable for any loss occurring while it remains in the custody of the substitute custodian; and it is further

15    ORDERED that all reasonable expenditures of the United States Marshal shall be administrative expenses in this action and a first charge on the defendant vessel tackle, appurtenances, etc., to be paid to the United States Marshal prior to the release of said items or distribution of the proceeds of their sale; and it is further

19    ORDERED that all reasonable expenditures which may be incurred by the United States of America and the aforesaid substitute custodian for safekeeping or maintaining the defendant vessel tackle, appurtenances, etc., while they are in *custodia legis*, shall be administrative expenses in this action and a first charge on said items, to be paid prior to their release or distribution of the proceeds of their sale, commencing this date, for the cost of security, routine maintenance and inspection; and it is further

25    ORDERED that the cost of performing a survey and inventory of the aforesaid items by Marad shall be an administrative expense in this action, and a first charge on the

ORDER FOR APPOINTMENT
OF SUBSTITUTE CUSTODIAN                    2                    Case No. CV07-6162 BZ

1  defendant vessel tackle, appurtenances, etc., to be paid prior to the release of the aforesaid
2  items or the distribution of the proceeds of their sale.
3      IT IS SO ORDERED this _10_ day of _March_, 2008 in San Francisco,
4  California.

_____
UNITED STATES DISTRICT JUDGE

PRESENTED BY:

Dated: March 7, 2008

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General
SCOTT N. SCHOOLS
United States Attorney
R. MICHAEL UNDERHILL
Attorney in Charge
West Coast Office


s/Jeanne M. Franken
_____
JEANNE M. FRANKEN
Trial Attorney
U.S. Department of Justice
Torts Branch, Civil Division

Of Counsel:
PATRICIA E. BYRNE
Attorney Adviser
Office of Chief Counsel
Maritime Administration
U.S. Department of Transportation

Attorneys for Plaintiff
United States of America