UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>                               )<br>          Plaintiff(s),      )<br>                               )<br>     v.                        )<br>                               )<br> Tackle, apparel,              )<br> furnishings, spares, tools,   )<br> equipment and certain other   )<br> appurtenances of the SS       )<br> INDEPENDENCE (O.N. 261147),   )<br> <u>in</u> <u>rem</u>,                     )<br>                               )<br>          Defendant(s).        )<br>_____) | No. C07-6162 BZ<br><br>**ORDER CONTINUING CASE<br>MANAGEMENT CONFERENCE** |

    Good cause appearing, **IT IS HEREBY ORDERED** that the case management conference scheduled for March 31, 2008 at 4:00 p.m. is continued to **Monday, August 4, 2008 at 4:00 p.m.**, in Courtroom G, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102.  Plaintiff shall serve a copy of this Order on any party that makes an appearance.

Dated: March 25, 2008

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\US V. SS INDEPENDENCE\ORDER CONTINUE CMC.wpd

1