**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| United States of America | CV 07-6162 BZ |
| DEFENDANT | TYPE OF PROCESS |
| Vessel appurtenances, in rem | Arrest Warrant, Complaint, etc. |

**SERVE** ▶ NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Henry Ryan, Substitute Custodian, c/o U.S. Maritime Administration, (415) 744-2577

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
201 Mission Street, Suite 1800, San Francisco, CA  94105

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Jeanne M. Franken, Trial Attorney
USDOJ/Torts Branch/Civil Division
450 Golden Gate Avenue, Room 7-5395
P.O. Box 36028
San Francisco, CA  94102

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 1 party at 2 locations |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Address, All Telephone Numbers, and Estimated Times Available For Service):
Fold

Arrest defendant appurtenances, in rem, at the Marad offices in San Francisco.  Please contact Henry Ryan, the Substitute Custodian, at (415) 744-2577, to arrange the arrest and turnover at each location.

Signature of Attorney or other Originator requesting service on behalf of:  ☒ PLAINTIFF  ☐ DEFENDANT
TELEPHONE NUMBER: (415) 436-6644
DATE: 03/17/2008

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY – DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 11 | District to Serve No. 11 | Signature of Authorized USMS Deputy or Clerk | Date 3/17/08 |

I hereby certify and return that I ☒ have personally served, ☐ legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

Date of Service: 03/18/08  Time: 10⁰⁰  ☒ am  ☐ pm

Signature of U.S. Marshal or Deputy

| Service Fee $45 | Total Mileage Charges (including endeavors) | Forwarding Fee | Total charges | Advance Deposits | Amount owed to U.S. Marshal or Amount or Refund |

REMARKS: