**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
*See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| United States of America | CV 07-6162 BZ |
| DEFENDANT | TYPE OF PROCESS |
| Vessel appurtenances, in rem | Order for Substitute Custodian |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Henry Ryan, Substitute Custodian, c/o Maritime Administration, (415) 744-2577

ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
201 Mission Street, Suite 1800
San Francisco, CA 94105

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Jeanne M. Franken, Trial Attorney
USDOJ/Torts Branch/Civil Division
450 Golden Gate Avenue, Room 7-5395
P.O. Box 36028
San Francisco, CA 94102

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Address, All Telephone Numbers, and Estimated Times Available For Service):*

Immediately after arrest, turn over defendant appurtenances to the Substitute Custodian, per Order appointing same. Please contact the Substitute Custodian, Henry Ryan at (415) 744-3125 to make arrangements for the arrest and turnover of the items at the Marad Warehouse in Alameda and at Mr. Ryan's office in San Francisco.

Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER: (415) 436-6644
DATE: 3/15/08

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY – DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated.
Total Process: 1
District of Origin No. 11
District to Serve No. 11
Signature of Authorized USMS Deputy or Clerk
Date: 3/12/08

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above *(See remarks below)*

Name and title of individual served *(if not shown above)*:

Address *(complete only if different than shown above)*:

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Date of Service: 03/18/08
Time: 10:00 ☒ am ☐ pm
Signature of U.S. Marshal or Deputy

Service Fee: $45
Total Mileage Charges *(including endeavors)*
Forwarding Fee
Total charges
Advance Deposits
Amount owed to U.S. Marshal or Amount or Refund

REMARKS: