# PROCESS RECEIPT AND RETURN

**U.S. Department of Justice**
**United States Marshals Service**

*See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| United States of America | CV 07-6162 BZ |
| DEFENDANT | TYPE OF PROCESS |
| Vessel appurtenances, in rem | Publication of Notice of Arrest |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Publication of Arrest, per standard procedures

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Jeanne M. Franken, Trial Attorney
USDOJ/Torts Branch/Civil Division
450 Golden Gate Avenue, Room 7-5395
P.O. Box 36028
San Francisco, CA  94102

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Address, All Telephone Numbers, and Estimated Times Available For Service):*
Fold

Please publish the Notice of the Arrest, per standard U.S. Marshal procedures for this District. The form of the Notice is attached to the Arrest Warrant.

Signature of Attorney or other Originator requesting service on behalf of:  ☒ PLAINTIFF  ☐ DEFENDANT

TELEPHONE NUMBER: (415) 436-6644

DATE: 3/6/08

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY – DO NOT WRITE BELOW THIS LINE

I acknowledge receipt for the total number of process indicated. *(Sign only first USM 285 if more than one USM 285 is submitted)*

Total Process: 1
District of Origin No.: 11
District to Serve No.: 11
Signature of Authorized USMS Deputy or Clerk
Date: 3/12/08

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above *(See remarks below)*

Name and title of individual served *(if not shown above)*

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address *(complete only if different than shown above)*

Date of Service: 4/23/08
Time: 12:14 pm
Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges *(including endeavors)* | Forwarding Fee | Total charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount or Refund |
|---|---|---|---|---|---|---|
| 8 | | | | | | |

REMARKS: 4/23/08 Received Proof of Publication The Recorder dated 4/2, 4/9, 4/16/2008. $246.51

PRIOR EDITIONS MAY BE USED

**1. CLERK OF THE COURT**

FORM USM-285 (Rev. 12/15/80)

# THE RECORDER
10 United Nations Plaza, 3rd Floor
San Francisco, CA 94102-4911
Public Notice / Legal Advertising (415) 749-5555

Proof of Publication (2010, 2015.5 C.C.P.)

## PUBLIC NOTICE
## CV 07-6162 BZ

STATE OF CALIFORNIA
COUNTIES OF SAN FRANCISCO
AND SAN MATEO

*I am a citizen of the United States and a resident of the County aforesaid. I am over the age of eighteen years, and not a party to or interested in the above matter. I am the principal clerk of the printer and publisher of THE RECORDER, a newspaper of general circulation printed and published daily except Saturdays, Sundays, and legal holidays, in the City and County of San Francisco with circulation in Alameda, Contra Costa, San Mateo and Santa Clara counties, and which newspaper has been adjudged a newspaper of general circulation by the Superior Court of the City and County of San Francisco, State of California under the date December 2, 1907, recorded in Record Book 15, at page 155 thereof, and which newspaper was also adjudged a newspaper of general circulation in San Mateo County on December 5, 2001, that the notice of which the annexed is a printed copy (set in type not smaller than nonpareil), has been published in each regular and entire issue of said newspaper and not in any supplement thereof on the following dates, to-wit:*

04/02/2008, 04/09/2008, 04/16/2008

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 16th day of April, 2008
at San Francisco, California

_____
(Signature)

Record ID: 04/16/08-66906-992343-3418736-34471

---

PUBLICATION OF NOTICE OF ARREST OF VESSEL'S APPURTENANCES, ETC., PURSUANT TO SUPPLEMENTAL ADMIRALTY RULE C(4) OF THE FED.R.CIV.P. AT LAW AND IN ADMIRALTY

Civil No.: CV 07-6162 BZ
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
    Plaintiff,
v.
Tackle, apparel, furnishings, spares, tools, equipment and certain other appurtenances of the SS INDEPENDENCE (O.N. 261147), in rem,
    Defendant.

In obedience to a Warrant for Arrest directed to me in the above-entitled cause, I have, on the **18th** and **19th** day of **March, 2008**, seized and taken into my possession the following described defendant, to wit: the tackle, apparel, furnishings, spares, tools, equipment and certain other appurtenances of the SS INDEPENDENCE (O.N. 261147), **in rem**, ("the vessel's appurtenances, etc."), for the causes set forth in the complaint.

I HEREBY GIVE NOTICE that, pursuant to Supplemental Admiralty Rule C(6)(a) of the Federal Rules of Civil Procedure, a verified statement of right or interest by any person asserting a right of possession or any ownership in the vessel's appurtenances, etc., must be filed with the Clerk of the Court and a copy thereof served upon attorneys for plaintiff within ten (10) days after execution of process on the Vessel; and any person who asserts a right of possession or any ownership interest in the vessel's appurtenances, etc., must file and serve an answer to the complaint within 20 days after filing the verified statement of right or interest; and that as to any person not so serving and filing the foregoing verified statement of right or interest, default will be noted and condemnation ordered.

I HEREBY GIVE FURTHER NOTICE that, pursuant to Rule 24 of the Federal Rules of Civil Procedure, any person who asserts a claim of maritime lien or other non-possessory or non-ownership interest in the vessel's appurtenances, etc., must apply for intervention by filing such application with the Clerk of the Court and by serving a copy thereof upon attorneys for plaintiff; applications for intervention in accordance with Rule 24 of the Federal Rules of Civil Procedure must be filed within twenty (20) days after publication of the Notice of Arrest and, as to all persons not so filing such applications for intervention within the time limits set out above, default will be taken.

Service upon plaintiff's attorneys shall be made at:
JEANNE M. FRANKEN
Trial Attorney
U.S. Department of Justice
P.O. Box 36028, Room 7-5395
450 Golden Gate Avenue
San Francisco, California 94102-3463
Telephone: (415) 436-6644
Facsimile: (415) 436-6632
Attorneys for Plaintiff
United States of America

Dated this **31st** day of **March, 2008**.
Federico L. Rocha
United States Marshal for
the Northern District of California

No. 992343      Apr 2,9,16-R

RECEIVED
UNITED STATES MARSHAL
08 APR 23 PM 12: 14
NORTHERN DISTRICT
OF CALIFORNIA