GREGORY G. KATSAS
Acting Assistant Attorney General
JOSEPH P. RUSSONIELLO
United States Attorney
R. MICHAEL UNDERHILL
Attorney in Charge
West Coast Office
JEANNE M. FRANKEN
Trial Attorney
U.S. Department of Justice
Torts Branch, Civil Division
450 Golden Gate Avenue, Room 7-5395
P.O. Box 36028
San Francisco, California  94102-3463
Telephone: (415) 436-6644
Telefax: (415) 436-6632
E-mail: jeanne.franken@usdoj.gov

Of Counsel:
PATRICIA E. BYRNE
Attorney Adviser
Office of Chief Counsel
Maritime Administration
U.S. Department of Transportation
400 Seventh Street, SW, Room 7313
Washington, D.C.  20530
Telephone: (202) 366-5172

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Civil No.: CV07-6162 BZ |
| Plaintiff, | ) |
| v. | ) AT LAW AND IN ADMIRALTY |
| Tackle, apparel, furnishings, spares, tools, equipment and certain other appurtenances of the SS INDEPENDENCE (O.N. 261147), in rem, | ) APPLICATION FOR ENTRY OF DEFAULT BY THE CLERK OF THE COURT PURSUANT TO RULE 55(a) OF THE FED.R.CIV.P. AGAINST THE DEFENDANT APPURTENANCES, ETC., OF THE VESSEL, SS INDEPENDENCE, IN REM, AND ALL NON-APPEARING MARITIME LIEN CLAIMANTS |
| Defendant. | ) |

CLERK OF THE COURT, UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA:

APPLICATION FOR ENTRY OF DEFAULT BY THE CLERK       1           Case No. CV07-6162 BZ

1  PLEASE TAKE NOTICE that, pursuant to Rule 55(a) of the Fed.R.Civ.P., plaintiff, the
2  United States Of America, hereby requests entry of default by the Clerk of the Court in favor of
3  plaintiff, United States of America, and against defendant tackle, apparel, furnishings, spares, tools,
4  equipment and certain other appurtenances of the Vessel, the SS INDEPENDENCE (O.N. 261147),
5  in rem (defendant "Vessel Appurtenances, etc."), and all persons with claims of maritime liens or
6  other non-possessory or non-ownership interests against the defendant Vessel Appurtenances, etc.,
7  if any there be, who have failed to intervene in this action within the deadlines established by the
8  Court.

Dated: June 23, 2008    GREGORY G. KATSAS
                        Acting Assistant Attorney General
                        JOSEPH P. RUSSONIELLO
                        United States Attorney
                        R. MICHAEL UNDERHILL
                        Attorney in Charge
                        West Coast Office


                            /s/ Jeanne M. Franken
                        JEANNE M. FRANKEN
                        Trial Attorney
                        U.S. Department of Justice
                        Torts Branch, Civil Division

                        Of Counsel:
                        PATRICIA E. BYRNE
                        Attorney Adviser
                        Office of Chief Counsel
                        Maritime Administration
                        U.S. Department of Transportation

                        Attorneys for Plaintiff
                        United States of America

APPLICATION FOR ENTRY OF DEFAULT BY THE CLERK    2    Case No. CV07-6162 BZ