GREGORY G. KATSAS
Acting Assistant Attorney General
JOSEPH P. RUSSONIELLO
United States Attorney
R. MICHAEL UNDERHILL
Attorney in Charge
West Coast Office
JEANNE M. FRANKEN
Trial Attorney
U.S. Department of Justice
Torts Branch, Civil Division
450 Golden Gate Avenue, Room 7-5395
P.O. Box 36028
San Francisco, California  94102-3463
Telephone: (415) 436-6644
Telefax: (415) 436-6632
E-mail: jeanne.franken@usdoj.gov

Of Counsel:
PATRICIA E. BYRNE
Attorney Adviser
Office of Chief Counsel
Maritime Administration
U.S. Department of Transportation
400 Seventh Street, SW, Room 7313
Washington, D.C.  20530
Telephone: (202) 366-5172

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Civil No.: CV07-6162 BZ |
| Plaintiff, | AT LAW AND IN ADMIRALTY |
| v. | |
| Tackle, apparel, furnishings, spares, tools, equipment and certain other appurtenances of the SS INDEPENDENCE (O.N. 261147), in rem, | (PROPOSED) ENTRY OF DEFAULT BY THE CLERK OF THE COURT |
| Defendant. | |

    It appearing from the "Application for Entry of Default by the Clerk", and the supporting papers filed therewith by plaintiff, United States of America, that the defendant Tackle, apparel,

1  furnishings, spares, tools, equipment and certain other appurtenances of the SS INDEPENDENCE
2  (O.N. 261147), *in rem* (hereinafter defendant "Vessel Appurtenances, etc.") is in default for failure
3  to plead or otherwise defend against plaintiff's action demanding judgment herein; and it further
4  appearing that all required notices have been filed and that the time to intervene for the purpose of
5  asserting maritime lien claims against the defendant Vessel Appurtenances, etc., has expired;
6  therefore

7    Default, in accordance with Rule 55(a) of the Federal Rules of Civil Procedure, is hereby
8  entered in favor of plaintiff, the United States of America, and against the defendant Tackle, apparel,
9  furnishings, spares, tools, equipment and certain other appurtenances of the Vessel, SS
10 INDEPENDENCE (O.N. 261147), *in rem*, and against any and all persons or entities with potential
11 claims of maritime liens against said defendant Vessel Appurtenances, etc., which, as of this date,
12 have failed to intervene in this action.
13 Dated: _____

_____
Clerk, United States District Court
Northern District of California

ENTRY OF DEFAULT BY THE CLERK OF THE COURT        2         Case No. CV07-6162 BZ

1  PRESENTED BY:

2  Dated: June  23 , 2008                    GREGORY G. KATSAS
                                             Acting Assistant Attorney General
3                                            JOSEPH P. RUSSONIELLO
                                             United States Attorney
4                                            R. MICHAEL UNDERHILL
                                             Attorney in Charge
5                                            West Coast Office

6

7                                               /s/ Jeanne M. Franken
                                             JEANNE M. FRANKEN
8                                            Trial Attorney
                                             U.S. Department of Justice
9                                            Torts Branch, Civil Division

10                                           Of Counsel:
                                             PATRICIA E. BYRNE
11                                           Attorney Adviser
                                             Office of Chief Counsel
12                                           Maritime Administration
                                             U.S. Department of Transportation
13
                                             Attorneys for Plaintiff
14                                           United States of America

15

16

17

18

19

20

21

22

23

24

25

26

27

28  ENTRY OF DEFAULT BY THE CLERK OF THE COURT        3        Case No. CV07-6162 BZ