GREGORY G. KATSAS
Acting Assistant Attorney General
JOSEPH P. RUSSONIELLO
United States Attorney
R. MICHAEL UNDERHILL
Attorney in Charge
West Coast Office
JEANNE M. FRANKEN
Trial Attorney
U.S. Department of Justice
Torts Branch, Civil Division
450 Golden Gate Avenue, Room 7-5395
P.O. Box 36028
San Francisco, California  94102-3463
Telephone: (415) 436-6644
Telefax: (415) 436-6632
E-mail: jeanne.franken@usdoj.gov

Of Counsel:
PATRICIA E. BYRNE
Attorney Adviser
Office of Chief Counsel
Maritime Administration
U.S. Department of Transportation
400 Seventh Street, SW, Room 7313
Washington, D.C.  20530
Telephone: (202) 366-5172

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>                v.<br><br>Tackle, apparel, furnishings, spares, tools, equipment and certain other appurtenances of the SS INDEPENDENCE (O.N. 261147),<br>in rem,<br><br>                Defendant. | Civil No.: CV07-6162 BZ<br><br>AT LAW AND IN ADMIRALTY<br><br>DECLARATION OF JEANNE M. FRANKEN IN SUPPORT OF APPLICATION FOR ENTRY OF DEFAULT BY THE CLERK |

    I, Jeanne M. Franken, hereby declare as follows:

    1.    I am a trial attorney of the Torts Branch, Civil Division, U.S. Department of Justice,

DECLARATION OF JEANNE M. FRANKEN        1        Case No. CV07-6162 BZ

1  and one of the attorneys for plaintiff United States of America in this matter.  I either have personal
2  knowledge of the matters hereinafter stated, or upon information officially furnished to me, believe
3  the same to be true and correct.

4      2.    The United States Marshal of this District arrested the defendant Tackle, apparel,
5  furnishings, spares, tools, equipment and certain other appurtenances of the Vessel, SS
6  INDEPENDENCE (O.N. 261147), *in rem* (hereinafter the defendant "Vessel Appurtenances, etc."),
7  on March 18 and 19, 2008 in San Francisco and Alameda, respectively, pursuant to process issued
8  by this Court.

9      3.    True and correct copies of the Proof of the Arrests by the Marshal, which were filed
10  with the Court, are attached hereto as Exhibit "A".

11      4.    A Notice of the Arrests of the defendant Vessel Appurtenances, etc., was subse-
12  quently published on April 2, 9 and 16, 2008.

13      5.    A true and correct copy of the Publication Return by the Marshal, dated April 23,
14  2008, which was also filed with the Court, is attached here to as Exhibit "B".

15  I declare under penalty of perjury, in accordance with 28 U.S.C. § 1746, that the foregoing
16  is true and correct.

17  Executed this 23rd day of June, 2008.

19                                          /s/ Jeanne M. Franken
20                                       JEANNE M. FRANKEN