**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking                                                                                           General Court Number
Clerk                                                                                                                        415.522.2000

June 25, 2008

RE: UNITED STATES OF AMERICA -v- TACKLE, APPAREL, FURNISHINGS, SPARES, TOOLS, EQUIPMENT & CERTAIN OTHER APPURTENANCES OF THE SS INDEPENDENCE (O.N. 261147) in rem, Case No. C-07-6162-BZ

**Default** is *Entered* as to Defendant Tackle, Apparel, Furnishings, Spares, Tools, Equipment & Certain Other Appurtenances of the SS INDEPENDENCE (O.N. 261147) in rem, on June 25, 2008.

RICHARD W. WIEKING, Clerk

by: Thelma Nudo
Deputy Clerk

NDC TR-4  Rev. 3/89