UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>       Plaintiff(s), )<br>)<br>  v. )<br>)<br>Tackle, apparel, )<br>furnishings, spares, tools, )<br>equipment and certain other )<br>appurtenances of the SS )<br>INDEPENDENCE (O.N. 261147), )<br><u>in</u> <u>rem</u>, )<br>)<br>       Defendant(s). )<br>_____) | No. C07-6162 BZ<br><br>**ORDER CONTINUING CASE**<br>**MANAGEMENT CONFERENCE** |

    The Government's request is **GRANTED**.  The case management conference scheduled for Monday, August 4, 2008 at 4:00 p.m., is **continued** to **Monday, November 17, 2008 at 4;00 p.m** in Courtroom G, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102.

Dated: July 17, 2008

                                    _____
                                      Bernard Zimmerman
                                  United States Magistrate Judge

G:\BZALL\-BZCASES\US V. SS INDEPENDENCE\ORDER CONTINUE CMC2.wpd