UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff(s), | ) | No. C07-6162 BZ |
| v. | ) | |
| | ) | **ORDER FOR SUBMISSION OF AMENDED PROPOSED ORDER** |
| Tackle, apparel, furnishings, spares, tools, equipment and certain other appurtenances of the SS INDEPENDENCE (O.N. 261147), <u>in rem</u>, | ) ) ) ) ) ) | |
| Defendant(s). | ) | |

Before me is plaintiff United States of America's motion for order of interlocutory sale of defendant Vessel Appurtenances with a hearing scheduled for **Wednesday, February 4, 2009 at 10:00 a.m.** in Courtroom G, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102.

**IT IS HEREBY ORDERED** that plaintiff lodge a proposed order (Doc. 33 in Case No. 07-6162) which fully complies with the Admiralty Local Rules.  For example, Admiralty Local Rule 9-2(b) requires notice of sale to be published for at least 6

1

consecutive publication days.  Plaintiff shall lodge its amended proposed order by **Monday, February 2, 2009 at noon** by e-mailing it to the following address: bzpo@cand.uscourts.gov

Dated: January 29, 2009

                                              Bernard Zimmerman
                              United States Magistrate Judge

G:\BZALL\-BZCASES\US V. SS INDEPENDENCE\ORDER FOR AMENDED PROPOSED ORDER. FINAL VERSION.wpd