MICHAEL F. HERTZ
Acting Assistant Attorney General
JOSEPH P. RUSSONIELLO
United States Attorney
R. MICHAEL UNDERHILL
Attorney in Charge
West Coast Office
JEANNE M. FRANKEN
Trial Attorney
U.S. Department of Justice
Torts Branch, Civil Division
450 Golden Gate Avenue, Room 7-5395
P.O. Box 36028
San Francisco, California 94102-3463
Telephone: (415) 436-6644
Telefax: (415) 436-6632
E-mail: jeanne.franken@usdoj.gov

Of Counsel:
PATRICIA E. BYRNE
Attorney Adviser
Office of Chief Counsel
Maritime Administration
U.S. Department of Transportation
400 Seventh Street, SW, Room 7313
Washington, D.C. 20530
Telephone: (202) 366-5172

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Civil No.: CV07-6162 BZ |
| Plaintiff, | AT LAW AND IN ADMIRALTY |
| v. | |
| Tackle, apparel, furnishings, spares, tools, equipment and certain other appurtenances of the SS INDEPENDENCE (O.N. 261147), in rem, | (~~PROPOSED~~) ORDER DIRECTING CLERK TO ISSUE WRIT OF VENDITIONI EXPONAS REGARDING SALE OF DEFENDANT VESSEL APPURTENANCES |
| Defendant. | |

TO THE CLERK OF THE COURT:

1   WHEREAS, plaintiff, the United States of America, has obtained an Order of
2   Interlocutory Sale, whereby the defendant tackle, apparel, furnishings, spares, tools,
3   equipment and certain other appurtenances of the SS INDEPENDENCE (O.N. 261147), <u>in</u>
4   <u>rem</u>, (the "Vessel Appurtenances" herein), will be sold by the Marshal in this District, after
5   publication of notice of the sale, as provided in the attachment to said Order, it is hereby
6   ORDERED that the Clerk of this District shall issue a Writ of Venditioni Exponas in
7   the form submitted by plaintiff, the United States of America, with its Application for this
8   Order.
9   IT IS SO ORDERED this ___ day of ___, 2009 in San Francisco, California.

UNITED STATES DISTRICT JUDGE

(PROPOSED) ORDER DIRECTING CLERK TO ISSUE
WRIT OF VENDITIONI EXPONAS RE: SALE OF
DEFENDANT VESSEL APPURTENANCES         2         Case No. CV07-6162 BZ

1  PRESENTED BY:

2  Dated: February ___12___, 2009          MICHAEL F. HERTZ
                                           Acting Assistant Attorney General
3                                          JOSEPH P. RUSSONIELLO
                                           United States Attorney
4                                          R. MICHAEL UNDERHILL
                                           Attorney in Charge
5                                          West Coast Office

6
                                           ___/s/ Jeanne M. Franken_____
7                                          JEANNE M. FRANKEN
                                           Trial Attorney
8                                          U.S. Department of Justice
                                           Torts Branch, Civil Division
9
                                           Of Counsel:
10                                         PATRICIA E. BYRNE
                                           Attorney Adviser
11                                         Office of Chief Counsel
                                           Maritime Administration
12                                         U.S. Department of Transportation

13                                         Attorneys for Plaintiff
                                           United States of America
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28  (PROPOSED) ORDER DIRECTING CLERK TO ISSUE
    WRIT OF VENDITIONI EXPONAS RE: SALE OF              3                   Case No. CV07-6162 BZ
    DEFENDANT VESSEL APPURTENANCES