TONY WEST
Assistant Attorney General
JOSEPH P. RUSSONIELLO
United States Attorney
R. MICHAEL UNDERHILL
Attorney in Charge
West Coast Office
JEANNE M. FRANKEN
Trial Attorney
U.S. Department of Justice
Torts Branch, Civil Division
450 Golden Gate Avenue, Room 7-5395
P.O. Box 36028
San Francisco, California  94102-3463
Telephone: (415) 436-6644
Telefax: (415) 436-6632
E-mail: jeanne.franken@usdoj.gov

Of Counsel:
PATRICIA E. BYRNE
Attorney Adviser
Office of Chief Counsel
Maritime Administration
U.S. Department of Transportation
400 Seventh Street, SW, Room 7313
Washington, D.C.  20530
Telephone: (202) 366-5172

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Civil No.: CV07-6162 BZ |
| Plaintiff, | ) AT LAW AND IN ADMIRALTY |
| v. | ) |
| Tackle, apparel, furnishings, spares, tools, equipment and certain other appurtenances of the SS INDEPENDENCE (O.N. 261147), in rem, | ) (PROPOSED) ORDER |
| Defendant. | ) |

The Government, having requested that counsel-of-record for the United States appear at the hearing on its motion for entry of default judgment by telephone on July 29, 2009 at

1  10:00 a.m., and good cause appearing therefore, the motion is granted, and
2       IT IS ORDERED that counsel may appear by telephone at the hearing at 10:00 a.m.
3  on July 29, 2009, this 20th day of  July , 2009 in San Francisco, California.

                                    _____
                                    UNITED STATES MAGISTRATE JUDGE
                                    BERNARD ZIMMERMAN

   Counsel shall contact CourtCall, telephonic court appearances
    at 1-888-882-6878, and make arrangements for the telephonic
    conference call.

(PROPOSED) ORDER                           2                        Case No. CV07-6162 BZ

PRESENTED BY:

Dated: July __13__, 2009

TONY WEST
Assistant Attorney General
JOSEPH P. RUSSONIELLO
United States Attorney
R. MICHAEL UNDERHILL
Attorney in Charge
West Coast Office

___/s/ Jeanne M. Franken___
JEANNE M. FRANKEN
Trial Attorney
U.S. Department of Justice
Torts Branch, Civil Division

Of Counsel:
PATRICIA E. BYRNE
Attorney Adviser
Office of Chief Counsel
Maritime Administration
U.S. Department of Transportation

Attorneys for Plaintiff
United States of America