MICHAEL F. HERTZ
Deputy Assistant Attorney General
JOSEPH P. RUSSONIELLO
United States Attorney
R. MICHAEL UNDERHILL
Attorney in Charge
West Coast Office
JEANNE M. FRANKEN
Trial Attorney
U.S. Department of Justice
Torts Branch, Civil Division
450 Golden Gate Avenue, Room 7-5395
P.O. Box 36028
San Francisco, California 94102-3463
Telephone: (415) 436-6644
Telefax: (415) 436-6632
E-mail: jeanne.franken@usdoj.gov

Of Counsel:
PATRICIA E. BYRNE
Attorney Adviser
Office of Chief Counsel
Maritime Administration
U.S. Department of Transportation
400 Seventh Street, SW, Room 7313
Washington, D.C. 20530
Telephone: (202) 366-5172

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> Tackle, apparel, furnishings, spares, tools, equipment and certain other appurtenances of the SS INDEPENDENCE (O.N. 261147), in rem, <br><br> Defendant. | Civil No.: CV07-6162 BZ <br><br> AT LAW AND IN ADMIRALTY <br><br> (PROPOSED) ORDER GRANTING MOTION FOR ENTRY OF DEFAULT JUDGMENT |

The United States of America having commenced this ship mortgage foreclosure action in admiralty against the tackle, apparel, furnishings, spares, tools, equipment and

(PROPOSED) ORDER                    -1-                    CIVIL. NO. 07-6162 BZ

certain other appurtenances of the SS INDEPENDENCE (O.N. 261147), in rem ("the defendant vessel appurtenances"); and

The United States now having moved, pursuant to FEd.R.Civ.Pro. 55(b)(2), for entry of default judgment; and

The principal certain amount due to the United States being $23,107,552; and

The defendant vessel appurtenances having been sold, pursuant to court Order, to the United States Maritime Administration on its credit bid of $10,000, no objections to the sale having been filed, and the sale having been confirmed by operation of law; and

The Marshal having issued a bill of sale to the Maritime Administration; and

There being no intervenors or claimants herein; and

The defendant vessel appurtenances having previously been defaulted on June 25, 2008, by the Clerk for failure to appear; and

The Court finding good cause to grant the motion for entry of default judgment by the United States in its entirety, it is, therefore, hereby

ORDERED that the motion of the United States for entry of default judgment is hereby granted; and it is further

ORDERED that the United States of America is the holder of a valid first preferred ship mortgage on the defendant vessel appurtenances; and it is further

ORDERED that the credit bid of $10,000 be deemed disbursed, and applied to the account of the defendant vessel appurtenances and to any deficiency owed to the United States under the mortgage agreement; and it is further

ORDERED that default judgment, pursuant to Fed.R.Civ.Pro. 55(b)(2), be entered in favor of the United States of America and against the defendant vessel appurtenances, in rem, in the amount of $23,097,552, which represents the certain amount of principal owing, $23,107,552, less the $10,000 credit bid.

| | |
|---|---|
| 1 | IT IS SO ORDERED this  29  day of  July  , 2009 in San Francisco, |
| 2 | California. |

_____
UNITED STATES DISTRICT JUDGE

SUBMITTED BY:

Dated: May 14, 2009.                    MICHAEL F. HERTZ
                                        Deputy Assistant Attorney General
                                        JOSEPH P. RUSSONIELLO
                                        United States Attorney
                                        R. MICHAEL UNDERHILL
                                        Attorney in Charge
                                        West Coast Office

                                           /s/ Jeanne M. Franken
                                        JEANNE M. FRANKEN
                                        Trial Attorney
                                        U.S. Department of Justice
                                        Torts Branch, Civil Division

                                        Of Counsel:
                                        PATRICIA E. BYRNE
                                        Attorney Adviser
                                        Office of Chief Counsel
                                        Maritime Administration
                                        U.S. Department of Transportation

                                        Attorneys for Plaintiff
                                        United States of America

(PROPOSED) ORDER                    -3-                    CIVIL. NO. 07-6162 BZ